IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGUEL A. COLON-OLIVERAS, et al.,<br><br>    Plaintiffs and<br>  Third-Party Defendants<br><br>             v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant and<br>  Third-Party Plaintiff<br><br>             v.<br><br>ALL DISTRIBUTERS, INC.,<br><br>    Third-Party Defendant | CIVIL NO. 05-1598 (JP) |

**FINAL JUDGMENT**

The Court has before it a joint stipulation of settlement filed by Plaintiffs Miguel A. Colón-Oliveras and Nilda Hernández and Defendant United States of America (**No. 47**). The terms of the joint stipulation are fully incorporated herein. The Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the Complaint and all the claims exercised therein. This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of April, 2007.

                                             s/Jaime Pieras, Jr.
                                            JAIME PIERAS, JR.
                                        U.S. SENIOR DISTRICT JUDGE